UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11MJ22

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| NICHOLAS SCOTT HINKEY, | ) | |
| DAVID WAYNE WILSON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Pending before the Court is Defendant Wilson's Motion to Dismiss [# 19]. The Court **DIRECTS** the Government and counsel for both Defendants to appear for a hearing on the Motion to Dismiss on April 5, 2012, at 2:00 p.m. in Courtroom 2 of the United States District Court for the Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the Court will address Defendant Wilson's Motion to Dismiss [# 19].

Signed: March 26, 2012

Dennis L. Howell
United States Magistrate Judge