**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**BRYSON CITY DIVISION**
**2:11 mj 22**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| (1) NICHOLAS SCOTT HINKEY, | ) | |
| (2) DAVID WAYNE WILSON, | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to a motion filed by counsel for

defendant David Wayne Wilson entitled "Unopposed Motion to Continue Hearing"

(#24). By Order (#23) entered March 26, 2012, the undersigned had scheduled a

hearing in regard to Defendant Wilson's Motion to Dismiss (#19) for April 5, 2012

at 2:00 o'clock p.m. Counsel for Wilson now requests a continuance of the hearing.

The motion reflects that the government does not object to a continuance of the

hearing. Dates on which the motion can be heard have been provided in the motion.

For good cause shown, the motion will be allowed.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the motion entitled "Unopposed

Motion to Continue Hearing" (#24) is hereby **ALLOWED** and the hearing of

Defendant Wilson's Motion to Dismiss (#19) will be scheduled for hearing on **April 11, 2012 at 9:30 a.m.** The Court directs the government, counsel for both defendants, and both defendants to appear on the Motion to Dismiss (#19) at the United States Courthouse in Courtroom #2 at 100 Otis Street, Asheville, NC 28801.

Signed: March 30, 2012

Dennis L. Howell
United States Magistrate Judge